## Campbell *v.* Philadelphia State Hospital (et al., Appellant).

Argued September 22, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Harry Schwartz,* Special Assistant Attorney General, with him *Thomas E. Roberts,* Assistant Attorney General, *Raymond Kleiman,* Deputy Attorney General, and *Fred Speaker,* Attorney General, for appellant.

*Maurice Freedman,* with him *Robert H. Arronson,* and *Herbert H. Hadra,* for appellee.

OPINION PER CURIAM, November 13, 1970:
Order affirmed.
SPAULDING, J., dissents.

---

DISSENTING OPINION BY MONTGOMERY, J.:
It is my opinion that the record in this case sufficiently supports the finding by the Workmen's Compensation Board that the defendant and its insurance carrier have met the burden of establishing that claimant's disability has been reduced to 25 per cent.

For that reason I would reverse the judgment entered by the lower court in claimant's favor for total disability and reinstate the order of the Board which found it to be 25 per cent.

Therefore, I respectfully dissent.